DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**RICHARD CLOSE** and **SVETLANA CLOSE,**
Appellees.

No. 4D2023-0789

[December 21, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502021CA011659.

Kara Rockenbach Link and David Andrew Noel of Link & Rockenbach, P.A., West Palm Beach, for appellant.

Michael P. Mayoral and Erik A. Perez of Perez Mayoral, P.A., Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***